C. D. Smith & Co. v. S. M. Memby (appellant), from Pitt. Per Curiam, February 24. Affirmed on authority of Norton v. McLaurin, 125 N. C., 185; Pepper v. Clegg, 132 N. C., 112. Julius Brown, for defendant.

Edw. Hammond (appellant) v. A. C. L. Railway Co., from Craven. Per Curiam, March. Affirmed. R. Nunn and W. D. McIver for plaintiff; Moore & Dunn for defendant.

J. A. Mizell et al. v. W. C. Mizell (appellant), from Martin. Per Curiam, March 17. Affirmed. A. O. Gaylord for plaintiff; Winston & Everett for defendant.

Ellis Koonce (appellant) v. A. C. L. Railway Co., from Wilson. Per Curiam, March 17. Affirmed. C. C. Daniels for plaintiff; F. A. Woodard and Connor & Connor for defendant.

Emma E. Lanier v. Frank P. Raynor and wife (appellants), from Martin. Per Curiam, March 17. Affirmed. Winston & Everett and S. A. Newell for plaintiff; Harry W. Stubbs and Martin & Critcher for defendant.

R. J. Sandlin v. Dover and Southbound Railroad Co. et al. (appellants), from Duplin. Per Curiam, March 10. Affirmed. Kerr & Gavin for plaintiff; Stevens, Beasley & Weeks for defendant.

Charles F. Dunn (appellant) v. John L. White and Neta White, from Lenoir. Per Curiam, March 10. Affirmed. Charles F. Dunn for plaintiff; G. V. Cowper and J. Frank Wooten for defendant.

Garysburg Mfg. Co. (appellant) v. J. A. Rowe, from Pender. Per Curiam, May 5. Affirmed. E. K. Bryan and E. L. Larkins for plaintiff; Stevens, Beasley & Weeks and Murray Allen for defendant.

Olive Archer, Admx. (appellant), v. John L. Roper Lumber Co., from Onslow. Per Curiam, March 11. Affirmed. D. E. Henderson for plaintiff.

Eugene C. Raynor v. A. C. L. Railway Co. and Southern Railway Co. (appellants), from Lenoir. Per Curiam, May 5. Affirmed. E. R. Wooten and G. G. Moore for plaintiff; Rouse & Land for defendant.

Rheinstein Dry Goods Co. (appellant) v. Bettie McDougall et al., from New Hanover. Per Curiam, May 25. Petition dismissed. E. K. Bryan for plaintiff; Walter H. Neal, H. McClammy and M. L. John for defendant.